B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>Northern District of California | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Louie, Richard, Steven** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Chan, Stephanie, Yinman** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**9369** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**2330** |
| Street Address of Debtor (No. and Street, City, and State):<br>**14057 Arcadia Palms Drive**<br>**Saratoga, CA**<br>ZIP CODE **95070** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**14057 Arcadia Palms Drive**<br>**Saratoga, CA**<br>ZIP CODE **95070** |
| County of Residence or of the Principal Place of Business:<br>**Santa Clara** | County of Residence or of the Principal Place of Business:<br>**Santa Clara** |
| Mailing Address of Debtor (if different from street address):<br>**1484 Pollard Road, #536**<br>**Los Gatos, CA**<br>ZIP CODE **95032** | Mailing Address of Joint Debtor (if different from street address):<br>**1484 Pollard Road, #536**<br>**Los Gatos, CA**<br>ZIP CODE **95032** |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box.)

- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**  |  THIS SPACE IS FOR COURT USE ONLY

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Louie, Richard and Chan, Stephanie |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location<br>Where Filed: N/A | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District:     Northern District of California | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br><br>☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _(signature)_  5-5-11<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Louie, Richard and Chan, Stephanie |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)
03/02/2011
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)
Neil Ison
Printed Name of Attorney for Debtor(s)
Ison Law Offices
Firm Name
PO Box 700622
San Jose, CA 95170
Address
408-828-2490
Telephone Number
03/02/2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Northern District of California

In re <u>Louie,Richard/Chan,Stephanie</u>                   Case No._____
                 Debtor                                                          (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.

❏ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

    ❏ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ❏ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ❏ Active military duty in a military combat zone.

❏ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Date: 05/05/2011

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re Louie,Richard/Chan,Stephanie      Case No._____
Debtor                                                 (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.

❏ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❏ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
❏ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
❏ Active military duty in a military combat zone.

❏ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: ✗ _____  ✗ _Stephanie Ola_

Date: ~~03/02/2011~~  5/5/11
R.L. 21.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re:  Richard Louie and Stephanie Chan

Case No.:

Chapter 7

_____ Debtor(s)      /

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of **21** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED:  5-5-11

_____
Signature of Debtor's Attorney or Pro Per Debtor

256 Forest Avenue LLC
436 Grant Street
Buffalo, NY  14206


580 Parkson Road LLC
71 Washington Street
Reno, NV  89503


Adam Mermelstein
601 W. 26th St., Suite 1646
New York, NY  10001


American Express
PO Box 650448
Dallas, TX  75265


American Reliable Insurance Company
8655 E Via De Ventura
Scottsdale, AZ  85258


American Water Services
281 Exchange Street
Buffalo, NY  14204


Andrew Tang
125 Lake Street
Brisbane, CA  94005

Aurora Loan Services
PO Box 78111
Phoenix, AZ  85062


Bank of America
PO Box 650225
Dallas, TX  75265


Bank of America
PO Box 650070
Dallas, TX  75265


Bank of New York Mellon, N.A.
5730 Katella Avenue
Cypress, CA  90630


Bay Area Law Firm
160 West Santa Clara St., Suite 1050
San Jose, CA  95113


BayMark Financial
177 Bovet Road, Suite 100
San Mateo, CA  94402


Bayview Loan Servicing
4425 Ponce De Leon Blvd., 5th Floor
Coral Gables, FL  33146

Bayview Loan Servicing
PO Box 3042
Milwaukee, WI 53201


Bella Vista Properties
6495 Transit Road
Bowmansville, NY 14026


Ben Scott
1368 North Hwy. 385
Dimmitt, TX 79027


Bob Beals
1590 Pineapple Avenue, Suite 200
Melbourne, FL 32935


Brad Terrill
1006 Toldi Lane
Napa, CA 94558


Butte County Treasurer and Tax Collector
25 County Center Drive, Suite 125
Oroville, CA 95965


California State Board of Equalization
450 N Street
Sacramento, CA 94279

Carl Bateman
PO Box 1211
Lower Lake, CA  95457


Carl Iacona
184 East Shore Drive
Massapequa, NY  11758


Carl Wescott
853 Ashbury
San Francisco, CA  94117


Carlos Martinez
160 West Santa Clara St., Suite 1050
San Jose, CA  95113


Chase
PO Box 78148
Phoenix, AZ  85062


Chase
PO Box 78035
Phoenix, AZ  85062


Chase
Cardmember Service, PO Box 15298
Wilmington, DE  19850

City of Melbourne Florida
900 E. Strawberry Ave
Melbourne, FL 32901


City of Woodland
City Hall
Woodland, CA 95776


Clark County Tax Collector
PO Box 551220
Las Vegas, NV 89155


Cliff Cowles
195 El Caminito
Carmel Valley, CA 93924


County of Santa Clara
70 West Hedding St., East Wing, 6th Fl
San Jose, CA 95110-1767


Dan Ostrander
PO Box 36
Chico, CA 95927


Dave Bresnehan
PO Box 1621
Hereford, TX 79045

Deepak Chopra
15091 Becky Lane
Monte Sereno, CA 95030


Derek Pysher
PO Box 481
Rutland, VT 05702


Desert Water Agency
PO Box 1710
Palm Springs, CA 92263


Diamond Fence Company
15466 Los Gatos Blvd
Los Gatos, CA 95032


Digital Global Accounting, Inc.
1201 Orange Street, #600
Wilmington, DE 19899


Discover
PO Box 6103
Carol Stream, IL 60197


Dongbu Insurance Company
1440 Kapiolani Blvd., Suite 950
Honolulu, HI 96814

Eagle Mountain-Saginaw ISD
Perdue Brandon, PO Box 13430
Arlington, TX 76094


Edison Electric
PO Box 600
Rosemead, CA 91771


Eric Liu
172 Moraga Way
Orinda, CA 94563


First American Title Insurance Company
30 N. LaSalle Street
Chicago, IL 60602


Flanders Vent. LLC
140 North Street
Buffalo, NY 14201


Florida Power & Light Company
General Mail Facility
Miami, FL 33188


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0540

G&C Properties, a Nevada LLC
PO Box 8926
Incline Village, NV 89450


Gary Gornick
132 E. Lewelling Blvd.
San Lorenzo, CA 94580


GMAC
3451 Hammond Ave., PO Box 780
Waterloo, IA 50704


Greentree
PO Box 6172
Rapid City, SD 57709


Gulf-Union, Inc.
8290 West Sahara Ave., Suite 186
Las Vegas, NV 89117


Guy Berry
7162 Via Colina
San Jose, CA 95139


Harry Lee
5604 Bolton Way
Rocklin, CA 95677

Hazel Lee
#10 Knoll Ridge Way
Oakland, CA 94619

HealthDataInsights
1000 Brannan Street
San Francisco, CA 94103

Hen Truong
250 Alamos
Portola Valley, CA 94028

Hendrik Van De Pol
2225 Livingston Lane
Stockton, CA 95210

Holly Road Investments
1396 W. Herndon Avenue, Suite 101
Fresno, CA 93711

Home Depot Credit Services
PO Box 182676
Columbus, OH 43218

Insurance Agency Hawaii
677 Ala Moana Blvd, Suite 915
Honolulu, HI 96813

Isaias Vasquez-Garcia
1349 Soto Street
Seaside, CA 93955


Island Oasis Realty
1993 S. Kihei Road, #209
Kihei, HI 96753


James W. Scott
1126 2nd Street
Sacramento, CA 95814


Jim Swiezy
436 Grant Street
Buffalo, NY 14206


John Corvi and Irene Corvi
2111 Mill Road
Novato, CA 94947


Jose Jorge Ramon
239 Sunset Blvd.
Hayward, CA 94541


Joyce June
97 Seneca Street
Geneva, NY 14456

Juan Carlos Otero
820 Euclid Avenue, #305
Miami Beach, FL 33139


LaSalle Bank
1350 East Touhy Ave., Suite 280 West
Des Plaines, IL 60018


Law Office of Frederick C. Buresh
800 S.E. Third Avenue, 4th Floor
Fort Lauderdale, FL 33316


Law Offices of Allen Sowle
4630 Eighteenth Street
San Francisco, CA 94114


Law Offices of Christina Chen
1155 Pine Street
San Francisco, CA 94109


Law Offices of Donald Dong
373 9th Street, Suite 502
Oakland, CA 94607


Lawrence Chan and Maria Chan
33186034 Metavante Way
Sioux Falls, SD 57186

Lawrence Phillips
PO Box 31223
Las Vegas, NV 89173


Luisa F. Otero
820 Euclid Avenue, #305
Miami Beach, FL 33139


M&T Bank
PO Box 619063
Dallas, TX 75211


Maggie Ventures, LLC
PO Box 31223
Las Vegas, NV 89173


Marcia Lee
5604 Bolton Way
Rocklin, CA 95677


Mary Louie
1484 Pollard Road, #536
Los Gatos, CA 95032


Maupin Cox & LeGoy
PO Box 30000
Reno, NV 89520

Michael Calabrese
656 Elmwood Avenue
Buffalo, NY  14222


Mike Volonte
PO Box 72
Dunsmuir, CA  96025


Mo Chen
125 Lake Street
Brisbane, CA  94005


Mordechai Orian
11111 Santa Monica Blvd., Suite 1440
Los Angeles, CA  90025


Mostafa Assemi
PO Box 28912
Fresno, CA  93720


National City Bank
PO Box 94991
Cleveland, OH  44101


National Fuel
PO Box 4103
Buffalo, NY  14264

Nevada Secretary of State
101 North Carson Street, Suite 3
Carson City, NV  89701


Newfield Town & County
166 Main Street
Newfield, NY  14867


Old Republic Title Company
475 Sansome Street, Suite 700
San Francisco, CA  94111


Only One Construction
239 Sunset Blvd.
Hayward, CA  94541


Palm Springs Disposal Services
PO Box 2711
Palm Springs, CA  92263


Patrick Downing
6709 Overlook Drive
Dalas, TX  75227


PAX Realty
97 Seneca Street
Geneva, NY  14456

Peter Behman
630 Quintana Road #176
Morro Bay, CA  93442


PG&E
PO Box 997300
Sacramento, CA  95899


Philomena Louie-Landes & Donald Dong
373 9th Street, Suite 502
Oakland, CA  94607


Placer County Tax Collector
2976 Richardson Drive
Auburn, CA  95603


PNC Bank
PO Box 856177
Louisville, KY  40285


Quantum Servicing
6302 E. Dr. Martin Luther King, Suite 30
Tampa, FL  33619


Ramin Naderi
76 Belbrook
Atherton, CA  94027

Redhills Ventures LLC
1000 Brannan Street
San Francisco, CA 94103


Robert Freeman
525 Orchid Court
Benicia, CA 94510


Robison, Belaustegui, Sharp & Low
71 Washington Street
Reno, NV 89503


Ryan DeMello
PO Box 161
Napa, CA 94559


Sandra Albrecht
1993 S. Kihei Road, #209
Kihei, HI 96753


Scott Land Company
1368 North Hwy. 385
Dimmitt, TX 79027


Silverland Holdings, Inc.
2510 Warren Avenue
Cheyenne, WY 82001

South Placer Municipal Utility District
5807 Springview Drive
Rocklin, CA 95677

Southern California Gas Company
PO Box C
Monterey Park, CA 91756

Specialized Loan Services
PO Box 105219
Atlanta, GA 30348

Spring Builders LLC
132 E. Lewelling Blvd.
San Lorenzo, CA 94580

Standard Insurance Company
PO Box 711 P11B
Portland, OR 97207

State of Hawaii - Dept of Taxation
PO Box 259
Honolulu, HI 96809

Steve Wright
PO Box 85
Ketchum, ID 83340

Strike Development LLC
3838 OAK LAWN STE 910
Dallas, TX  75219


T&E Consolidators
PO Box 1621
Hereford, TX  79045


Tarrant Appraisal District
2500 Handley-Ederville Road
Fort Worth, TX  76118


Tarrant County Taxes
100 Throckmorton, Suite 300
Fort Worth, TX  76102


Tenney Brook Properties LLC
PO Box 481
Rutland, VT  05702


The Company Corporation
PO Box 13397
Philadelphia, PA  19101


The Foreclosure Company
3001 Winchester Blvd., #A
Campbell, CA  95008

Tim Chu
1408 Golden Rain Road, #5
Walnut Creek, CA 94595


Time Warner Cable
PO Box 78058
Phoenix, AZ 85062


Tom Wilcox
114 Winston Road
Buffalo, NY 14216


TreeTop Development, LLC
601 W. 26th St., Suite 1646
New York, NY 10001


True Traditions Inc.
820 Euclid Avenue, #305
Miami Beach, FL 33139


Verizon
PO Box 9688
Mission Hills, CA 91346


Volvo Car Finance
24400 Calabasas Road
Calabasas, CA 91302

Waste Management
1324 Paddock Place
Woodland, CA  95776


Wells Fargo
PO Box 31557
Billings, MT  59107


Wells Fargo
PO Box 5296
Carol Stream, IL  60197


Wells Fargo
PO Box 4233
Portland, OR  97208


Wells Fargo
PO Box 5296
Carol Stream, IL  60197


Wells Fargo
PO Box 29746
Phoenix, AZ  85038


Yolo County Tax Collector
625 Court Street, Room 102
Woodland, CA  95695

Yoni Investments LLC
1153 Hillsboro Mile, Units 2 and 3
Hillsboro Beach, FL  33062