In re  Louie, Richard and Chan, Stephanie   ,          Case No.   11-54357
     **Debtor**                                         **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxx1131 <br><br> Newfield Town <br> 166 Main Street <br> Newfield, NY 14867 | | C | Property Taxes <br> 404 Douglas Road <br> Newfield, NY <br><br> VALUE $ 600,000.00 | | | | 50,000.00 | 50,000.00 |
| ACCOUNT NO. xxx6267 <br><br> PNC Bank <br> PO Box 856177 <br> Louisville, KY 40285 | | C | 2nd Deed of Trust <br> 14057 Arcadia <br> Palms, Saratoga, <br> CA <br><br> VALUE $ 1,529,000.00 | | | | 348,585.37 | 229,085.37 |
| ACCOUNT NO. xxx5766 <br><br> Volvo Car Finance <br> 24400 Calabasas Rd <br> Calabasas, CA 91302 | | C | Volvo XC90 - Year <br> 2008 Car Lease <br><br> VALUE $ 22,205.00 | | | | 36,371.32 | 14,166.32 |
| ACCOUNT NO. xxx1998 <br><br> Wells Fargo <br> PO Box 31557 <br> Billings, MT 59107 | | C | 2nd Deed of Trust <br> 3317 Adelaide <br> Way, Belmont, CA <br><br> VALUE $ 800,000.00 | | | | 727,999.23 | 470,045.55 |
| ACCOUNT NO. xxx3434 <br><br> Wells Fargo <br> PO Box 5296 <br> Carol Stream, IL 60197 | | C | 1st Deed of Trust <br> 3317 Adelaide <br> Way, Belmont, CA <br><br> VALUE $ 800,000.00 | | | | 542,046.32 | 0.00 |

Sheet no. __5__ of __6__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s) ▶
(Total(s) of this page)

$ 1,705,002.24 | $ 763,297.24

Total(s) ▶
(Use only on last page)

$ | $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**In re** Louie, Richard and Chan, Stephanie    ,     **Case No.** 11-54357
<br>              **Debtor**                                         **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxx4971 <br><br> Wells Fargo <br> PO Box 5296 <br> Carol Stream, IL 60197 | | C | 1st Deed of Trust <br> 314 North Pacific <br> Maxwell, CA 95955 <br><br> VALUE $ 150,000.00 | | | | 104,318.57 | 0.00 |
| ACCOUNT NO. xxx1998 <br><br> Wells Fargo <br> PO Box 4233 <br> Portland, OR 97208 | | C | 2nd Deed of Trust <br> 314 North Pacific <br> Maxwell, CA 95955 <br><br> VALUE $ 150,000.00 | | | | 107,507.00 | 61,825.57 |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |

Sheet no. _6_ of _6_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s) ▶
(Total(s) of this page)

| $ 211,825.57 | $ 61,825.57 |
|---|---|

Total(s) ▶
(Use only on last page)

| $ 9,451,208.33 | $ 3,286,668.77 |
|---|---|

(Report also on Summary of Schedules.)        (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  Louie, Richard and Chan, Stephanie ,                    Case No.  11-54357
_____                         _____
                Debtor                                                      (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6E (Official Form 6E) (04/10) – Cont.

In re <u>Louie, Richard and Chan, Stephanie</u>, Case No. <u>11-54357</u>

               Debtor                                                  *(if known)*

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

 

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>  1  </u> continuation sheets attached

In re  Louie, Richard and Chan, Stephanie                ,     Case No.  11-54357
_____
                    **Debtor**                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Franchise Tax Board<br>Special Procedures<br>PO Box 2952<br>Sacramento, CA 95812 | | C | Notice only | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | | C | Notice only | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br> | | | | | | | | | |
| Account No.<br><br> | | | | | | | | | |

Sheet no. 1  of  1  continuation sheets attached to Schedule
of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals► <br>(Totals of this page) | $    0.00 | $    0.00     0.00 |
| Total► <br>(Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.) | $    0.00 | |
| Totals► <br>(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $    0.00    $    0.00 |

B 6F (Official Form 6F) (12/07)

In re  Louie, Richard and Chan, Stephanie _____ ,    Case No.   11-54357
_____
            **Debtor**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | Subtotal▶ | | | | $ |
| __4__ continuation sheets attached | | | Total▶ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ 8,647,568.20 |

## Schedule F - Creditors Holding Unsecured Nonpriority Claims

| ACCOUNT # | CREDITOR'S NAME | Address | City | State | Zip | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| LOUIE-CHAN | 256 Forest Avenue LLC | 438 Grant Street | Buffalo | NY | 14206 | C | Notice Only | $3,497,487.79 |
| 0A7082001 | 580 Parkson Road LLC | 71 Washington Street | Reno | NV | 89503 | C | | |
| LOUIE-CHAN | Adam Mermelstein | 601 W. 26th St., Suite 1646 | New York | NY | 10001 | C | Notice Only | |
| 9715154089400001 | American Express | PO Box 650448 | Dallas | TX | 75265 | C | | $13,057.50 |
| 3727327311171006 | American Express | PO Box 650448 | Dallas | TX | 75265 | C | | $100.00 |
| LIR089117 | American Express | 8655 E Via De Ventura | Scottsdale | AZ | 85258 | C | | $2,866.00 |
| LIR089116 | American Reliable Insurance Company | 8655 E Via De Ventura | Scottsdale | AZ | 85258 | C | | $713.00 |
| LOUIE-CHAN | American Reliable Insurance Company | 281 Exchange Street | Buffalo | NY | 14204 | C | | |
| LOUIE-CHAN | American Water Services | 125 Lake Street | Brisbane | CA | 94005 | C | Notice Only | |
| LOUIE-CHAN | Andrew Tang | PO Box 78111 | Phoenix | AZ | 85062 | C | Notice Only | $219,600.00 |
| 0003499039 | Aurora Loan Services | PO Box 650070 | Dallas | TX | 75265 | C | | $718,608.48 |
| 4896382444 | Bank of America | PO Box 650225 | Dallas | TX | 75265 | C | | $57,189.07 |
| 967851747 | Bank of America | 160 West Santa Clara St., Suite 1050 | San Jose | CA | 95113 | C | | $5,000.00 |
| 129.02 | Bay Area Law Firm | 177 Bovet Road, Suite 100 | San Mateo | CA | 94402 | C | | $252,708.32 |
| 02408 | BayMark Financial | 4425 Ponce De Leon Blvd., 5th Floor | Coral Gables | FL | 33146 | C | | $610,000.00 |
| 2000021222 | Bayview Loan Servicing | 6495 Transit Road | Bowmansville | NY | 14026 | C | Notice Only | |
| LOUIE-CHAN | Bella Vista Properties | 1368 North Hwy. 385 | Dimmitt | TX | 79027 | C | Notice Only | |
| LOUIE-CHAN | Ben Scott | 1590 Pineapple Avenue, Suite 200 | Melbourne | FL | 32935 | C | Notice Only | |
| LOUIE-CHAN | Bob Beals | 1006 Toldi Lane | Napa | CA | 94558 | C | Notice Only | |
| 361291 | Brad Terrill | 450 N Street | Sacramento | CA | 94279 | C | | $12,847.86 |
| LOUIE-CHAN | California State Board of Equalization | 184 East Shore Drive | Massapequa | NY | 11758 | C | Notice Only | |
| LOUIE-CHAN | Carl Iacona | 853 Ashbury | San Francisco | CA | 94117 | C | Notice Only | |
| 129.02 | Carl Wescott | 160 West Santa Clara St., Suite 1050 | San Jose | CA | 95113 | C | Notice Only | |
| 4388576021802890 | Carlos Martinez | Cardmember Service, PO Box 15298 | Wilmington | DE | 19850 | C | | $44,006.49 |
| 3369935169002467 | Chase | Cardmember Service, PO Box 15298 | Wilmington | DE | 19850 | C | | $3,080.15 |
| 5184450139576189 | Chase | Cardmember Service, PO Box 15298 | Wilmington | DE | 19850 | C | | $97.64 |
| LOUIE-CHAN | Chase | 900 E. Strawberry Ave | Melbourne | FL | 32901 | C | Notice Only | |
| 080588-007 | City of Melbourne Florida | City Hall | Woodland | CA | 95776 | C | | $629.64 |
| 078-02-302-011 | City of Woodland | PO Box 551220 | Las Vegas | NV | 89155 | C | | $31,214.18 |
| LOUIE-CHAN | Clark County Tax Collector | 195 El Caminito | Carmel Valley | CA | 93924 | C | Notice Only | |
| LOUIE-CHAN | Cliff Cowles | PO Box 1621 | Hereford | TX | 79045 | C | Notice Only | |
| LOUIE-CHAN | Dave Bresnahan | 15091 Becky Lane | Monte Sereno | CA | 95030 | C | Notice Only | |
| LOUIE-CHAN | Deepak Chopra | PO Box 481 | Rutland | VT | 05702 | C | Notice Only | |
| 4-4-1-2762-0 | Derek Pysher | PO Box 1710 | Palm Springs | CA | 92263 | C | | $158.22 |
| 627 | Desert Water Agency | 15466 Los Gatos Blvd | Los Gatos | CA | 95032 | C | | $195.00 |
| LOUIE-CHAN | Diamond Trade Company | 1201 Orange Street, #600 | Wilmington | DE | 19899 | C | Notice Only | |
| 6011300670658689 | Digital Global Accounting, Inc. | PO Box 6103 | Carol Stream | IL | 60197 | C | | $7,900.00 |
| PDF1000081 | Discover | 1440 Kapiolani Blvd., Suite 950 | Honolulu | HI | 96814 | C | | $2,476.00 |
| PDF1000082 | Dongbu Insurance Company | 1440 Kapiolani Blvd., Suite 950 | Honolulu | HI | 96814 | C | | $734.00 |
| 40083755 | Dongbu Insurance Company | Perdue Brandon, PO Box 13430 | Arlington | TX | 76094 | C | | $5,795.14 |
| 2301580576 | Eagle Mountain-Saginaw ISD | PO Box 600 | Rosemead | CA | 91771 | C | | $449.90 |
| LOUIE-CHAN | Edison Electric | 172 Moraga Way | Orinda | CA | 94563 | C | Notice Only | |
| | Eric Liu | | | | | | | |

## Schedule F - Creditors Holding Unsecured Nonpriority Claims

| ACCOUNT # | CREDITOR'S NAME | Address | City | State | Zip | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LCS 223478 | First American Title Insurance Company | 30 N. LaSalle Street | Chicago | IL | 60602 | | $6,679.00 |
| LOUIE-CHAN | Flanders Vent. LLC | 140 North Street | Buffalo | NY | 14201 | Notice Only | $841.53 |
| 1998-01281 | Florida Power & Light Company | General Mail Facility | Miami | FL | 33188 | Notice Only | $800.00 |
| 90SL-201016210032 | Franchise Tax Board | PO Box 942857 | Sacramento | CA | 94257-0540 | Notice Only | |
| LOUIE-CHAN | G&C Properties, a Nevada LLC | PO Box 8926 | Incline Village | NV | 89450 | Notice Only | |
| LOUIE-CHAN | Gary Gornick | 132 E. Levelling Blvd. | San Lorenzo | CA | 94580 | Notice Only | |
| LOUIE-CHAN | GMAC | 3451 Hammond Ave., PO Box 780 | Waterloo | IA | 50704 | Notice Only | $401,945.17 |
| 1004523672 | GulfUnion, Inc. | 8290 West Sahara Ave., Suite 186 | Las Vegas | NV | 89117 | Notice Only | |
| Riverland-v-Louie | Guy Berry | 7162 Via Colina | San Jose | CA | 95139 | Notice Only | $2,000.00 |
| LOUIE-CHAN | Harry Lee | 5604 Bolton Way | Rocklin | CA | 95677 | Notice Only | |
| LOUIE-CHAN | Hazel Lee | #10 Knoll Ridge Way | Oakland | CA | 94619 | Notice Only | |
| LOUIE-CHAN | HealthDataInsights | 1000 Brannan Street | San Francisco | CA | 94103 | Notice Only | |
| LOUIE-CHAN | Hen Truong | 250 Alamos | Portola Valley | CA | 94028 | Notice Only | |
| LOUIE-CHAN | Hendrik Van De Pol | 2225 Livingston Lane | Stockton | CA | 95210 | Notice Only | |
| R353201555557521 | Holly Road Investments | 1396 W. Herndon Avenue, Suite 101 | Fresno | CA | 93711 | Notice Only | $3,333.11 |
| DFP0014500 | Home Depot Credit Services | PO Box 182676 | Columbus | OH | 43218 | | $695.00 |
| LOUIE-CHAN | Insurance Agency Hawaii | 677 Ala Moana Blvd, Suite 915 | Honolulu | HI | 96813 | | $1,200.00 |
| 509Hawthorne | Isaias Vasquez-Garcia | 1349 Soto Street | Seaside | HI | 93955 | | |
| LOUIE-CHAN | Island Oasis Realty | 1993 S. Kihei Road, #209 | Kihei | HI | 96753 | | |
| LOUIE-CHAN | James W. Scott | 1126 2nd Street | Sacramento | CA | 95814 | Notice Only | $850,000.00 |
| LOUIE-CHAN | Jim Swiezy | 436 Grant Street | Buffalo | NY | 14206 | Notice Only | |
| LOUIE-CHAN | John Corvi and Irene Corvi | 2111 Mill Road | Novato | CA | 94947 | Notice Only | |
| LOUIE-CHAN | Jose Jorge Ramon | 239 Sunset Blvd. | Hayward | CA | 94541 | Notice Only | |
| LOUIE-CHAN | Joyce June | 97 Seneca Street | Geneva | NY | 14456 | Notice Only | |
| LOUIE-CHAN | Juan Carlos Otero | 820 Euclid Avenue, #305 | Miami Beach | FL | 33139 | Notice Only | |
| 541630 | Law Office of Frederick C. Buresh | 800 S.E. Third Avenue, 4th Floor | Fort Lauderdale | FL | 33316 | | $4,900.00 |
| Silverland-v-Louie | Law Offices of Allen Sawtie | 4630 Eighteenth Street | San Francisco | CA | 94114 | Notice Only | $1,715.00 |
| LOUIE-CHAN | Law Offices of Christina Chen | 1155 Pine Street | San Francisco | CA | 94109 | Notice Only | |
| Silverland-v-Louie | Law Offices of Donald Dong | 373 9th Street, Suite 502 | Oakland | CA | 94607 | Notice Only | |
| LOUIE-CHAN | Lawrence Phillips | PO Box 31223 | Las Vegas | NV | 89173 | Notice Only | |
| LOUIE-CHAN | Luisa F. Otero | 820 Euclid Avenue, #305 | Miami Beach | FL | 33139 | Notice Only | $148,370.76 |
| 0075578651 | M&T Bank | PO Box 619063 | Dallas | TX | 75211 | Notice Only | |
| LOUIE-CHAN | Maggie Ventures, LLC | PO Box 31223 | Las Vegas | NV | 89173 | Notice Only | |
| LOUIE-CHAN | Marcia Lee | 5604 Bolton Way | Rocklin | CA | 95677 | Notice Only | $2,000.00 |
| Y10-00128 | Maupin Cox & LeGoy | PO Box 30000 | Reno | NV | 89520 | Notice Only | |
| LOUIE-CHAN | Michael Calabrese | 656 Elmwood Avenue | Buffalo | NY | 14222 | Notice Only | $535,711.42 |
| 97-97WestMain | Mike Volonte | PO Box 72 | Dunsmuir | CA | 96025 | | |
| LOUIE-CHAN | Mo Chen | 125 Lake Street | Brisbane | CA | 94005 | Notice Only | |
| LOUIE-CHAN | Mordechai Orian | 11111 Santa Monica Blvd., Suite 1440 | Los Angeles | CA | 90025 | Notice Only | |
| LOUIE-CHAN | Mostafa Assemi | PO Box 28912 | Fresno | CA | 93720 | Notice Only | |
| LOUIE-CHAN | National Fuel | PO Box 4103 | Buffalo | NY | 14264 | Notice Only | |
| E001279209008-9 | Nevada Secretary of State | 101 North Carson Street, Suite 3 | Carson City | NV | 89701 | Notice Only | $1,500.00 |

## Schedule F - Creditors Holding Unsecured Nonpriority Claims

| ACCOUNT # | CREDITOR'S NAME | Address | City | State | Zip | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| LC20332-2005 | Nevada Secretary of State | 101 North Carson Street, Suite 3 | Carson City | NV | 89701 | O | | $1,500.00 |
| LC14806-2004 | Nevada Secretary of State | 101 North Carson Street, Suite 3 | Carson City | NV | 89701 | O | | $1,300.00 |
| LC20332-2003 | Nevada Secretary of State | 101 North Carson Street, Suite 3 | Carson City | NV | 89701 | O | | $1,300.00 |
| 213208950 | Old Republic Title Company | 475 Sansome Street, Suite 700 | San Francisco | CA | 94111 | O | Notice Only | |
| LOUIE-CHAN | Only One Construction | 239 Sunset Blvd. | Hayward | CA | 94541 | O | Notice Only | |
| -1-0071416-9 | Palm Springs Disposal Services | PO Box 2711 | Palm Springs | CA | 92263 | O | | $65.58 |
| LOUIE-CHAN | Patrick Dowling | 6709 Overlook Drive | Dallas | TX | 75227 | O | Notice Only | |
| LOUIE-CHAN | PAX Realty | 97 Seneca Street | Geneva | NY | 14456 | O | Notice Only | |
| L1133Tachevah | Peter Behman | 630 Quintana Road #176 | Morro Bay | CA | 93442 | O | Notice Only | |
| 746957752 | PG&E | PO Box 997300 | Sacramento | CA | 95899 | O | | $7,917.39 |
| 865448711 | PG&E | PO Box 997300 | Sacramento | CA | 95899 | O | | $5,476.64 |
| Silverland-v-Louie | Philomena Louie-Landes & Donald Dong | 373 9th Street, Suite 502 | Oakland | CA | 94607 | O | | $12,291.52 |
| 094-100-033 | Placer County Tax Collector | 2976 Richardson Drive | Auburn | CA | 95603 | O | | $6,000.00 |
| LOUIE-CHAN | Ramin Naderi | 76 Belbrook | Atherton | CA | 94027 | O | Notice Only | |
| LOUIE-CHAN | Redhills Ventures LLC | 1000 Brannan Street | San Francisco | CA | 94103 | O | Notice Only | |
| LOUIE-CHAN | Robert Freeman | 525 Orchid Court | Benicia | CA | 94510 | O | Notice Only | |
| 10-cv-0096-LRH-VPC | Robison, Belaustegui, Sharp & Low | 71 Washington Street | Reno | NV | 89503 | O | Notice Only | |
| LOUIE-CHAN | Ryan DeMello | PO Box 161 | Napa | CA | 94559 | O | Notice Only | |
| LOUIE-CHAN | Sandra Albrecht | 1993 S. Kihei Road, #209 | Kihei | HI | 96753 | O | Notice Only | |
| 2063085 | Scott Land Company | 1388 North Hwy, 385 | Dimmitt | TX | 79027 | O | | $276.00 |
| LOUIE-CHAN | Silverland Holdings, Inc. | 2510 Warren Avenue | Cheyenne | WY | 82001 | O | Notice Only | |
| LOU0016 | South Placer Municipal Utility District | 5807 Springview Drive | Rocklin | CA | 95677 | O | | $49.52 |
| 2582513871 | Southern California Gas Company | PO Box C | Monterey Park | CA | 91756 | O | | $440,580.88 |
| 004529672 | Specialized Loan Services | PO Box 105219 | Atlanta | GA | 30348 | O | Notice Only | |
| LOUIE-CHAN | Spring Builders LLC | 132 E. Levelling Blvd. | San Lorenzo | CA | 94580 | O | Notice Only | |
| 7082001 | Standard Insurance Company | PO Box 711 P11B | Portland | OR | 97207 | O | | $150.00 |
| 2063085 | State of Hawaii - Dept of Taxation | PO Box 259 | Honolulu | HI | 96809 | O | | |
| LOUIE-CHAN | Steve Wright | PO Box 85 | Ketchum | ID | 83340 | O | Notice Only | |
| LOUIE-CHAN | Strike Development LLC | 3838 OAK LAWN STE 910 | Dallas | TX | 75219 | O | Notice Only | |
| LOUIE-CHAN | T&E Consolidators | PO Box 1621 | Hereford | TX | 79045 | O | Notice Only | |
| 0552551 | Tarrant Appraisal District | 2500 Handley-Ederville Road | Fort Worth | TX | 76118 | O | | $3,916.67 |
| 0063755 | Tarrant County Taxes | 100 Throckmorton, Suite 300 | Fort Worth | TX | 76102 | O | | $3,884.03 |
| lewfieldEstates | Tenney Brook Properties LLC | PO Box 481 | Rutland | VT | 05702 | O | | $100,000.00 |
| 780477 | The Company Corporation | PO Box 13397 | Philadelphia | PA | 19101 | O | | $235.00 |
| lomer Ventures | The Foreclosure Company | 3001 Winchester Blvd., #A | Campbell | CA | 95008 | O | | $2,500.00 |
| LOUIE-CHAN | Tim Chu | 1408 Golden Rain Road, #5 | Walnut Creek | CA | 94595 | O | Notice Only | |
| 834051511307517 | Time Warner Cable | PO Box 78058 | Phoenix | AZ | 85062 | O | | $228.60 |
| LOUIE-CHAN | Tom Wilcox | 114 Winston Road | Buffalo | NY | 14216 | O | Notice Only | |
| LOUIE-CHAN | TreeTop Development, LLC | 601 W. 26th St., Suite 1646 | New York | NY | 10001 | O | Notice Only | |
| LOUIE-CHAN | True Traditions Inc. | 820 Euclid Avenue, #305 | Miami Beach | FL | 33139 | O | Notice Only | |
| 812525111444955603 | Verizon | PO Box 9688 | Mission Hills | CA | 91346 | O | | $177.78 |
| 4910024142925491 | Waste Management | 1324 Paddock Place | Woodland | CA | 95776 | O | | $211.68 |

Continuation Sheet 3 of 4

re: Louie, Richard and Chan, Stephanie (Debtors)
Case No. 11-54357

## Schedule F - Creditors Holding Unsecured Nonpriority Claims

| ACCOUNT # | CREDITOR'S NAME | Address | City | State | Zip | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 5474048801517386 | Wells Fargo | PO Box 29746 | Phoenix | AZ | 85038 | C | $95,266.26 |
| 065-250-032-000 | Yolo County Tax Collector | 625 Court Street, Room 102 | Woodland | CA | 95695 | C | $15,674.28 |
| LOUIE-CHAN | Yoni Investments LLC | 1153 Hillsboro Mile, Units 2 and 3 | Hillsboro Beach | FL | 33062 | C  Notice Only | |
| | | | | | | **TOTAL** | **$8,647,568.20** |

Continuation Sheet 4 of 4

B 6G (Official Form 6G) (12/07)

In re  Louie, Richard and Chan, Stephanie          ,     Case No.  11-54357
                        **Debtor**                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Volvo Car Finance<br>24400 Calabasas Road<br>Calabasas, CA 91302 | Lease of Volvo XC90 Vehicle<br>Debtors are Lessees<br>Account #:  XXX5766 |
| | |
| | |
| | |
| | |
| | |

In re  Louie, Richard and Chan, Stephanie   ,
                         **Debtor**

Case No.  11-54357
               **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |